[No. 32336-9-I.    Division One.    May 23, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS RAY JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-05522-4, Robert H. Alsdorf, J., entered February 18, 1993. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker and Kennedy, JJ.

[No. 31588-9-I.    Division One.    May 23, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN R. SNEED, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-02759-0, Robert S. Lasnik, J., entered October 20, 1992. *Remanded with instructions* by unpublished opinion per Grosse, J., concurred in by Baker and Kennedy, JJ.

[No. 31537-4-I.    Division One.    May 23, 1994.]

DAVID SORENSON, ET AL, *Respondents*, v. CORA E. RAUTIO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-16362-6, Mary Wicks Brucker, J., entered September 4, 1992. *Remanded with instructions* by unpublished opinion per Scholfield, J., concurred in by Webster, C.J., and Baker, J.

[No. 31938-8-I.    Division One.    May 23, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY DAVID LARSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-00805-6, Frank L. Sullivan, J., entered December 16, 1992. *Dismissed* by unpublished opinion per Grosse, J., concurred in by Scholfield and Baker, JJ.